William D. McHugh, Bar No. 62085
Cammie W. Chen, Bar No. 127378
LAW OFFICES OF McHUGH & CHEN
75 E. Santa Clara Street, Suite 1400
San Jose, CA 95113
Telephone: 408/286-2700
Facsimile: 408/282-7088

Attorneys for Defendant
CACIE MULARCHUK

TOD C. GURNEY, Bar No. 199813
DENISE E. CHAMBLISS, Bar No. 188390
GARCIA & GURNEY, ALC
6160 Stone ridge Mall Road, Suite 210
Pleasanton, CA 94588
Telephone: 925/468-0400
Facsimile: 925/468-0276

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTI SHEHAN,<br><br>    Plaintiff,<br><br>vs.<br><br>CHRISTOPHER CHEN, M.D., INC., a California Corporation; CHRISTOPHER CHEN, M.D., an individual; CACIE MULARCHUK, an individual, and DOES 1 - 25, | No. C09-05546 MMC ADR<br><br>STIPULATION AND [PROPOSED] ORDER EXTENDING TIME OF DEFENDANT CACIE MULARCHUK TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF=S COMPLAINT (L.R. 6-1(A))<br><br>Complaint filed: November 23, 2009<br>Trial date: (No date set) |

Pursuant to Local Rule 6-1(a), Plaintiff Kristi Shehan and Defendant Cacie Mularchuk, by and through their attorneys of record, hereby stipulate and agree to extend the time within which Defendant Cacie Mularchuk may answer, move, or otherwise respond to Plaintiff=s Complaint to and including January 15, 2010.

McHugh & Chen hereby acknowledge service on the Summons and Complaint and related documents on behalf Defendant Mularchuck.

///

STIPULATION & [PROP] ORDER
EXTENDING TIME
- 1 -

The parties acknowledge that this extension of time will not alter the date of any hearing or conference set by the Court.

Dated: December 28, 2009         LAW OFFICES OF McHUGH & CHEN

                                 BY: /s/ William D. McHugh
                                 WILLIAM D. McHUGH,
                                 Attorney for Defendant
                                 Cacie Mularchuk

December 29, 2009                GARCIA & GURNEY, ALC

                                 BY: /s/ Denise E. Chambliss
                                 DENISE E. CHAMBLISS
                                 Attorney for Plaintiff


**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: January 6, 2010

                                 THE HONORABLE MAXINE CHESNEY
                                 UNITED STATES DISTRICT JUDGE