1  William D. McHugh, Bar No. 62085
   Cammie W. Chen, Bar No. 127378
2  LAW OFFICES OF McHUGH & CHEN
   75 E. Santa Clara Street, Suite 1400
3  San Jose, CA 95113
   Telephone: 408/286-2700
4  Facsimile: 408/282-7088

5  Attorneys for Defendant
   CACIE MULARCHUK
6
   TOD C. GURNEY, Bar No. 199813
7  DENISE E. CHAMBLISS, Bar No. 188390
   GARCIA & GURNEY, ALC
8  6160 Stone ridge Mall Road, Suite 210
   Pleasanton, CA 94588
9  Telephone: 925/468-0400
   Facsimile: 925/468-0276
10
   Attorneys for Plaintiff
11

12                    UNITED STATES DISTRICT COURT

13                   NORTHERN DISTRICT OF CALIFORNIA

14

15 | KRISTI SHEHAN,                          | No. C09-05546 MMC ADR
16 |         Plaintiff,                      |
17 | vs.                                     | STIPULATION AND [PROPOSED]
   |                                         | ORDER EXTENDING TIME OF
18 | CHRISTOPHER CHEN, M.D., INC., a         | DEFENDANT CACIE MULARCHUK TO
   | California Corporation; CHRISTOPHER     | ANSWER OR OTHERWISE RESPOND
19 | CHEN, M.D., an individual; CACIE        | TO PLAINTIFF=S COMPLAINT (L.R. 6-
   | MULARCHUK, an individual, and DOES      | 1(A))
20 | 1 - 25,                                 |
   |                                         | Complaint filed: November 23, 2009
21 |                                         | Trial date:     (No date set)

22      Pursuant to Local Rule 6-1(a), Plaintiff Kristi Shehan and Defendant Cacie
23 Mularchuk, by and through their attorneys of record, hereby stipulate and agree to
24 extend the time within which Defendant Cacie Mularchuk may answer, move, or
25 otherwise respond to Plaintiff=s Complaint to and including January 15, 2010.
26      McHugh & Chen hereby acknowledge service on the Summons and Complaint
27 and related documents on behalf Defendant Mularchuck.
28 ///

STIPULATION & [PROP] ORDER                  - 1 -
EXTENDING TIME

The parties acknowledge that this extension of time will not alter the date of any hearing or conference set by the Court.

Dated: December 28, 2009

LAW OFFICES OF McHUGH & CHEN

BY: _____
WILLIAM D. McHUGH,
Attorney for Defendant
Cacie Mularchuk

December 29, 2009

GARCIA & GURNEY, ALC

BY: _____
DENISE E. CHAMBLISS
Attorney for Plaintiff

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: January 6, 2010

_____
THE HONORABLE MAXINE CHESNEY
UNITED STATES DISTRICT JUDGE