CHRISTOPHER E. COBEY, SBC No. 060821
LITTLER MENDELSON
A Professional Corporation
50 W. San Fernando, 15th Floor
San Jose, CA 95113.2303
Telephone: 408.795.3425
Facsimile: 408.790.0564
ccobey@littler.com

Attorneys for Defendants
CHRISTOPHER CHEN, M.D., INC., AND
CHRISTOPHER CHEN, M.D.

TOD C. GURNEY, SBC No. 199813
DENISE E. CHAMBLISS, SBC 188390
GARCIA & GURNEY, ALC
6160 Stoneridge Mall Road, Suite 210
Pleasanton, CA 94588
Telephone: 925.468.0400
Facsimile: 925.468.0276
tgurney@garciagurney.com

Attorneys for Plaintiff

WILLIAM D. McHUGH, SBC No. 62085
CAMMIE W. CHEN, SBC No. 127376
LAW OFFICES OF McHUGH & CHEN
75 E. Santa Clara Street, Suite 1400
San Jose, CA 95113
Telephone: 408.286.2700
Facsimile: 408.282.7088

Attorneys for Defendant
CACIE MULARCHUK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTI SHEHAN, <br><br> Plaintiff, <br><br> v. <br><br> CHRISTOPHER CHEN, M.D., INC., a California Corporation; CHRISTOPHER CHEN, M.D., an individual; CACIE MULARCHUK, an individual, and DOES 1-25, <br><br> Defendants. | Case No. C09-05546 MMC ADR <br><br> STIPULATION AND [PROPOSED] ORDER FURTHER EXTENDING TIME OF NAMED DEFENDANTS TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT (L.R. 6-1(A)) <br><br> Complaint filed: November 23, 2009 <br> Trial date: (No date set) <br> Judge: Hon. Maxine M. Chesney |

Pursuant to Local Rule 6-1(a), Plaintiff Kristi Shehan and the named Defendants, by and through their attorneys of record, hereby stipulate and agree to extend further the time within which all three named Defendants may answer, move, or otherwise respond to Plaintiff's Complaint, to and including February 11, 2010.

The parties acknowledge that these extensions of time will not alter the date of any hearing or conference and any dates of the initial disclosures set by the Court.

The parties have agreed to participate in a mediation of this matter on or before February 5, 2010.

This stipulation may be signed in counterparts.

Dated: January 19, 2010

_____
CHRISTOPHER E. COBEY
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendants
CHRISTOPHER CHEN, M.D., INC., AND
CHRISTOPHER CHEN, M.D.

Dated: January 17, 2010

_____
WILLIAM D. McHUGH
CAMMIE W. CHEN
LAW OFFICES OF McHUGH & CHEN
Attorneys for Defendant
CACIE MULARCHUK

Dated: January 15, 2010

_____
DENISE E. CHAMBLISS
GARCIA & GURNEY, ALC
Attorneys for Plaintiff
KRISTI SHEHAN

//

1

2  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

3

4  Dated: January 20, 2010

5

6  *[signature: Maxine M. Chesney]*

7  THE HONORABLE MAXINE M. CHESNEY
   UNITED STATES DISTRICT JUDGE

8

9  Firmwide:93660526.3 064494.1001

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108 2693
415.433.1940

STIPULATION & [PROP] ORDER EXTENDING TIME

3.

Case No. C09-05546 MMC ADR