1  CHRISTOPHER E. COBEY, SBC No. 060821
   LITTLER MENDELSON
2  A Professional Corporation
   50 W. San Fernando, 15th Floor
3  San Jose, CA 95113.2303
   Telephone: 408.795.3425
4  Facsimile: 408.790.0564
   ccobey@littler.com
5
   Attorneys for Defendants
6  CHRISTOPHER CHEN, M.D., INC., AND
   CHRISTOPHER CHEN, M.D.
7
   TOD C. GURNEY, SBC No. 199813
8  DENISE E. CHAMBLISS, SBC 188390
   GARCIA & GURNEY, ALC
9  6160 Stoneridge Mall Road, Suite 210
   Pleasanton, CA 94588
10 Telephone: 925.468.0400
   Facsimile: 925.468.0276
11 tgurney@garciagurney.com

12 Attorneys for Plaintiff

13 WILLIAM D. McHUGH, SBC No. 62085
   CAMMIE W. CHEN, SBC No. 127376
14 LAW OFFICES OF McHUGH & CHEN
   75 E. Santa Clara Street, Suite 1400
15 San Jose, CA 95113
   Telephone: 408.286.2700
16 Facsimile: 408.282.7088

17 Attorneys for Defendant
   CACIE MULARCHUK
18

19              UNITED STATES DISTRICT COURT

20              NORTHERN DISTRICT OF CALIFORNIA

21 KRISTI SHEHAN,                        Case No. C09-05546 MMC ADR

22              Plaintiff,               STIPULATION AND [PROPOSED]
                                         ORDER FURTHER EXTENDING TIME
23       v.                              OF NAMED DEFENDANTS TO ANSWER
                                         OR OTHERWISE RESPOND TO
24 CHRISTOPHER CHEN, M.D., INC., a       PLAINTIFF'S COMPLAINT (L.R. 6-1(A))
   California Corporation; CHRISTOPHER
25 CHEN, M.D., an individual; CACIE      Complaint filed:  November 23, 2009
   MULARCHUK, an individual, and DOES    Trial date:       (No date set)
26 1-25,                                 Judge:            Hon. Maxine M. Chesney

27              Defendants.

28

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

STIPULATION & [PROP] ORDER                                Case No. C09-05546 MMC ADR
EXTENDING TIME

1  Pursuant to Local Rule 6-1(a), Plaintiff Kristi Shehan and the named Defendants, by
2  and through their attorneys of record, hereby stipulate and agree to extend further the time within
3  which all three named Defendants may answer, move, or otherwise respond to Plaintiff's Complaint,
4  to and including February 11, 2010.

5  The parties acknowledge that these extensions of time will not alter the date of any
6  hearing or conference and any dates of the initial disclosures set by the Court.

7  The parties have agreed to participate in a mediation of this matter on or before
8  February 5, 2010.

9  This stipulation may be signed in counterparts.

12  Dated: January 19, 2010

_____
CHRISTOPHER E. COBEY
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendants
CHRISTOPHER CHEN, M.D., INC., AND
CHRISTOPHER CHEN, M.D.

17  Dated: January 17, 2010

_____
WILLIAM D. McHUGH
CAMMIE W. CHEN
LAW OFFICES OF McHUGH & CHEN
Attorneys for Defendant
CACIE MULARCHUK

23  Dated: January 15, 2010

_____
DENISE E. CHAMBLISS
GARCIA & GURNEY, ALC
Attorneys for Plaintiff
KRISTI SHEHAN

27  //

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

STIPULATION & [PROP] ORDER
EXTENDING TIME                              2.                          Case No. C09-05546 MMC ADR

| | |
|---|---|
| 1 | |
| 2 | PURSUANT TO STIPULATION, IT IS SO ORDERED. |
| 3 | |
| 4 | Dated: January 20, 2010 |

*[Signature]*
THE HONORABLE MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE

Firmwide:93660526.3 064494.1001

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108 2693
415.433.1940

STIPULATION & [PROP] ORDER EXTENDING TIME — 3. — Case No. C09-05546 MMC ADR