1  CHRISTOPHER E. COBEY, SBN 060821
   MICHAEL HARVEY, SBN 267684
2  LITTLER MENDELSON
   A Professional Corporation
3  50 W. San Fernando, 15th Floor
   San Jose, CA  95113.2303
4  Telephone:   408.795.3425
   Facsimile:   408.790.0564
5  ccobey@littler.com
   mharvey@littler.com
6

7  Attorneys for Defendants and Counterclaimants
   CHRISTOPHER CHEN, M.D., INC. AND
8  CHRISTOPHER CHEN, M.D.

9
                    UNITED STATES DISTRICT COURT
10
                   NORTHERN DISTRICT OF CALIFORNIA
11

| | |
|---|---|
| KRISTI SHEHAN, | Case No.  C09-05546 MMC ADR |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER PERMITTING FILING OF AMENDED COUNTERCLAIM OF DEFENDANTS CHRISTOPHER CHEN, M.D., INC. AND CHRISTOPHER CHEN, M.D. |
| v. | |
| CHRISTOPHER CHEN, M.D., INC., a California Corporation; CHRISTOPHER CHEN, M.D., an individual; CACIE MULARCHUK, an individual, and DOES 1-25, | |
| Defendants. | |
| | |
| CHRISTOPHER CHEN, M.D, INC., a California Corporation; CHRISTOPHER CHEN, M.D., an individual, | |
| Counterclaimants, | |
| v. | |
| KRISTI SHEHAN, | |
| Counterdefendant. | |

It is hereby stipulated by and between the parties hereto, through their respective

CASE NO. C09-05546 MMC         STIPULATION AND [PROPOSED] ORDER PERMITTING FILING OF AMENDED COUNTERCLAIM OF DEFENDANTS

attorneys of record that Defendant and Counterclaimant Christopher Chen, M.D., may file an amended counterclaim, a copy of which is attached hereto as **Exhibit A**. Defendant and Counterclaimant Christopher Chen, M.D. shall file and serve the amended counterclaim within ten (10) court days after entry of order of this stipulation.

IT IS SO STIPULATED:

Dated: May 20, 2010

_____
CHRISTOPHER E. COBEY
MICHAEL HARVEY
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendants and Counterclaimants,
CHRISTOPHER CHEN, M.D., INC. AND
CHRISTOPHER CHEN, M.D.

Dated: May 17, 2010

_____
DENISE E. CHAMBLISS
GARCIA & GURNEY
Attorneys for Plaintiff and Counterdefendant
KRISTI SHEHAN

## ORDER

Based on the foregoing Stipulation, IT IS ORDERED that the amended counterclaim of Defendants and counterclaimants may be filed and served pursuant to the above stipulation.

DATED: May 19, 2010

_____
THE HONORABLE MAXINE M. CHESNEY
United States District Court

Firmwide:95361283.3 064494.1001

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
50 W. San Fernando 15th Floor
San Jose, CA 95113 2303
408 998 4150

CASE NO. C09-05546 MMC                    2.         STIPULATION AND [PROPOSED] ORDER PERMITTING FILING OF AMENDED COUNTERCLAIM OF DEFENDANTS

1  CHRISTOPHER E. COBEY, SBN 060821
   MICHAEL HARVEY, SBN 267684
2  LITTLER MENDELSON
   A Professional Corporation
3  50 W. San Fernando, 15th Floor
   San Jose, CA  95113.2303
4  Telephone:    408.795.3425
   Facsimile:    408.790.0564
5  ccobey@littler.com
   mharvey@littler.com
6
   Attorneys for Defendants and Counterclaimants,
7  CHRISTOPHER CHEN, M.D., INC. AND
   CHRISTOPHER CHEN, M.D.
8

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11

12 KRISTI SHEHAN,                          Case No. C09-05546 MMC

13         Plaintiff,                      **FIRST AMENDED COUNTERCLAIMS OF DEFENDANTS CHRISTOPHER CHEN, M.D., INC. AND CHRISTOPHER CHEN, M.D. FOR SPECIFIC RECOVERY OF PERSONAL PROPERTY, AND FOR INDEMNITY, DAMAGES AND INJUNCTIVE RELIEF.**

14     v.

15 CHRISTOPHER CHEN, M.D., INC., a
   California Corporation; CHRISTOPHER
16 CHEN, M.D., an individual; CACIE
   MULARCHUK, an individual, and DOES
17 1-25,

18         Defendants.                     **DEMAND FOR JURY TRIAL**

19

20
   CHRISTOPHER CHEN, M.D., INC., a
21 California Corporation; CHRISTOPHER
   CHEN, M.D., an individual,
22
           Counterclaimants,
23
       v.
24
   KRISTI SHEHAN,
25
           Counterdefendant.
26

27

28

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
50 W. San Fernando, 15th Floor
San Jose, CA 95113.2303
408.998.4150

CASE NO. C09-05546 MMC

FIRST AMENDED COUNTERCLAIM OF DEFTS
CHRISTOPHER CHEN, M.D., INC. AND
CHRISTOPHER CHEN, M.D.

Defendants and Counterclaimants Christopher Chen, M.D., Inc. and Christopher Chen, M.D. (hereinafter "Counterclaimants") demand a jury trial and allege as follows for their Counterclaim against Plaintiff and Counterdefendant Kristi Shehan:

**JURISDICTION**

1. Counterdefendant's Complaint against Counterclaimants is predicated on the employment laws of the United States, Fair Labor Standards Act of 1938, 29 U.S.C. Sections 201 *et seq.*; California Labor Code Sections 201-204, 226, 510, and 512, California Business and Professions Code Section 17200 *et seq.*, and quantum meruit.

2. This Court has jurisdiction to hears Counterclaimants' counterclaims, as they arise out of the same nucleus of operative facts as Plaintiff's claims in this action.

**VENUE**

3. Venue is proper in this judicial district because the alleged claims against Counterdefendant occurred in this district.

**PARTIES**

4. Counterclaimant Christopher Chen, M.D., Inc., is a California corporation with its principal place of business in Pleasanton, California.

5. Counterclaimant Christopher Chen, M.D., is an individual who resides in Contra Costa County, California.

6. On information and belief, Counterdefendant Kristi Shehan is an individual who resides in San Luis Obispo.

**GENERAL ALLEGATIONS**

7. From about 2005 to 2010, Counterdefendant resided with Counterclaimant Christopher Chen, M.D., and worked at various times from at least 2005 to 2009 as a contractor or employee at Counterclaimants' medical offices, or for Counterclaimant Christopher Chen, M.D.

CASE NO. C09-05546 MMC    2.    FIRST AMENDED COUNTERCLAIM OF DEFTS CHRISTOPHER CHEN, M.D., INC. AND CHRISTOPHER CHEN, M.D.

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
50 W. San Fernando, 15th Floor
San Jose, CA 95113.2303
408.998.4150

During her work for Counterclaimants, Counterdefendant had access to, and did access, personal, private, and protected documents, information and property ("Protected Information") of Counterclaimants concerning Counterclaimants' clients, associated medical care providers, and other aspects of their business operations.

8. The Protected Information achieved that status pursuant to the Health Information Technology for Economic and Clinical Health Act (HITECH Act), the Health Insurance Portability and Accountability Act (HIPAA) of 1996, provisions of the California Confidentiality of Medical Information Act (California Civil Code §56 et seq.; CMIA), California Labor Code section 2860, the United States and California Constitutions on the right to privacy, among other Federal and California statutes and common law.

9. Counterclaimants Christopher Chen, M.D., and Christopher Chen, M.D., Inc., are the sole owners of the Protected Information and are entitled to the immediate possession of it.

10. The Protected Information contains confidential, medical, personal, private, consumer, financial, proprietary, and trade secret information, and has no intrinsic value to anyone other than its owners, namely, Counterclaimants Christopher Chen, M.D., and Christopher Chen M.D., Inc. The Protected Information were and is, and is intended to be, confidential and was understood by Counterdefendant to be Protected Information. Counterclaimants and their patients and employees have a strong expectation of privacy and a private interest in the information contained in the Protected Information that Counterdefendant wrongfully removed from Counterclaimants' possession, and that Counterdefendant has refused to return to Counterclaimants.

11. During at least 2005 to 2009, Counterdefendant wrongfully, in bad faith, and without Counterclaimants' knowledge or consent, unlawfully removed Protected Information from the medical offices and home of Counterclaimants Christopher Chen, M.D., and Christopher Chen M.D., Inc., wrongfully retained the Protected Information for her personal and unauthorized purposes, and distributed or disseminated the Protected Information to third parties.

12. In June and July 2009, Counterdefendant intentionally recorded at least two confidential conversations of Counterclaimant Christopher Chen, M.D., using an electronic device, without Counterclaimant's knowledge or consent. Counterclaimant Christopher Chen, M.D. had a

LITTLER MENDELSON
A Professional Corporation
50 W. San Fernando, 15th Floor
San Jose, CA 95113.2303
408 998 4150

CASE NO. C09-05546 MMC   3.   FIRST AMENDED COUNTERCLAIM OF DEFTS CHRISTOPHER CHEN, M.D., INC. AND CHRISTOPHER CHEN, M.D.

reasonable expectation that the conversations were not being overheard or recorded. Counterdefendant's conduct was a substantial factor in causing the harm to Counterclaimant Christopher Chen, M.D.

13. In 2009 to early 2010, Counterdefendant unlawfully and without consent or authorization of either Counterclaimant, distributed, disclosed and disseminated Protected Information to at least her attorneys (Garcia & Gurney, of Pleasanton, California). The Protected Information was, in turn produced in March 2010 by Counterdefendant's counsel as part of Counterdefendant's required "Initial Disclosures" in this action. A list of the Protected Information, identified by the specification of the 1,505 documents which do not constitute Protected Information, is attached hereto as **Exhibit A**.

14. On learning that Counterdefendant's Initial Disclosures contained Protected Information, counsel for Counterclaimants sent a three-page letter on March 9, 2010 (via e-mail attachment and U.S. Postal Service) to Counterdefendant's counsel, requesting the immediate return to Counterdefendants' counsel of all Protected Information. A true and correct copy of this letter is attached hereto as **Exhibit B**.

15. Having had no response from Counterdefendant's counsel, Counterclaimants' counsel faxed and mailed a second letter to Counterdefendant's counsel on March 11, 2010. A true and correct copy of this letter is attached hereto as **Exhibit C**.

16. Thereafter, later on March 11, 2010, counsel for Counterdefendant and Counterclaimants spoke by telephone on the subject of the return of the Protected Information. Counsel for Counterclaimants memorialized this conversation in a letter to Counterdefendant's counsel, a true and correct copy of which is attached hereto as **Exhibit D**.

17. Following the initial case management conference, counsel for Counterdefendant caused the return to Counterclaimants' counsel, on or about March 17, 2010, of some, but not all, of the physical documents which are Protected Information. In her letter dated March 15, 2010 which accompanied the returned documents, Counterdefendant's counsel indicated her office was retaining electronic copies of <u>all</u> physical documents being returned. A true and correct copy of that letter is attached hereto as **Exhibit E**.

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
50 W. San Fernando, 15th Floor
San Jose, CA 95113.2303
408.998.4150

CASE NO. C09-05546 MMC    4.    FIRST AMENDED COUNTERCLAIM OF DEFTS CHRISTOPHER CHEN, M.D., INC. AND CHRISTOPHER CHEN, M.D.

18. As of the date of the filing of this counterclaim, Counterdefendant's counsel has failed to return all Protected Information, in paper, electronic, or any other form, as demanded by Counterclaimants' counsel.

19. On information and belief, Counterclaimants allege that, according to the HITECH Act, Counterclaimants are required to report a breach of unsecured protected health information to the affected individuals and the Secretary of Health and Human Services. According to the CMIA, each one of Counterclaimants' patients whose medical information was unlawfully disclosed may be entitled to recover damages, reasonable fees and costs.

20. Counterclaimants assert claims against Counterdefendant arising out of her unlawful removal and distribution of Counterclaimants' Protected Information in violation of the HITECH Act, HIPAA, the CMIA, California Labor Code section 2860, and the United States and California Constitutions' right to privacy, among other Federal and California statutes and common law.

21. Counterclaimant Christopher Chen, M.D. asserts claims against Counterdefendant arising out of her unlawful, intentional recording of his confidential conversations without his knowledge or consent in violation of California Penal Code sections 632 and 637.2, and the United States and California Constitutions' right to privacy, among other Federal and California statutes and common law.

### FIRST CLAIM FOR RELIEF BY BOTH COUNTERCLAIMANTS:

**Return of Personal Property**

22. Counterclaimants restate and incorporate by reference the allegations in Paragraphs 1 through 21.

23. Counterclaimants have had, and now have, by law, a right to possession of the Protected Information. The right arises from the sources cited in Paragraph 20.

24. Counterdefendant and her counsel, and each of them, converted the Protected Information to their own use.

25. Counterdefendant and her counsel, and each of them, remain in possession of

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
50 W. San Fernando, 15th Floor
San Jose, CA 95113.2303
408.998.4150

CASE NO. C09-05546 MMC   5.   FIRST AMENDED COUNTERCLAIM OF DEFTS CHRISTOPHER CHEN, M.D., INC. AND CHRISTOPHER CHEN, M.D.

the Protected Information, as was demonstrated by Counterdefendant's Initial Disclosures.

26. The Protected Information has value to Counterclaimants as business information, and as a source of professional responsibility and legal liability.

### SECOND CAUSE OF ACTION BY BOTH COUNTERCLAIMANTS:

**Indemnity**

27. Counterclaimants restate and incorporate by reference the allegations in Paragraphs 1 through 20.

28. Under at least the legal authorities stated in Paragraphs 19 and 20 herein, Counterclaimants may be obligated to provide notice of a breach of confidentiality, and other remedial measures, to those current and former clients who Protected Information Counterdefendant removed from Counterclaimants' premises, kept without authorization, and disseminated to others, including but not limited to her counsel and her counsel's staff. Such remedial measures will take the expenditure of time and money by Counterclaimants.

29. But for the Counterdefendant's actions as described herein, Counterclaimants would have no obligation to correct a breach of confidentiality, and take other remedial action.

30. Accordingly, Counterdefendant owes an equitable duty to Counterclaimants to indemnify them for every and all costs, including but not limited to time and money, Counterclaimants incur because of Counterdefendant's unlawful actions, including the actions of her counsel and their staff.

### THIRD CAUSE OF ACTION BY COUNTERCLAIMANT CHRISTOPHER CHEN, M.D.:

**Damages and Injunction**

31. Counterclaimant Christopher Chen, M.D. restates and incorporate by reference the allegations in Paragraphs 1 through 21.

32. At all relevant times, Counterclaimant Christopher Chen, M.D. had a reasonable expectation of privacy that his confidential conversations were not being recorded.

33. On or about June 26, 2009, Counterdefendant intentionally recorded

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
50 W. San Fernando, 15th Floor
San Jose, CA 95113.2303
408.998.4150

CASE NO. C09-05546 MMC   6.   FIRST AMENDED COUNTERCLAIM OF DEFTS CHRISTOPHER CHEN, M.D., INC. AND CHRISTOPHER CHEN, M.D.

Counterclaimant Christopher Chen, M.D.'s confidential conversation in his car by using an electronic device without the consent of all parties to the conversation.

34. Counterclaimant Christopher Chen, M.D. has suffered and continues to suffer damages from Counterdefendant's unlawful recording of his confidential conversation, the amount of such damages to be proven at trial, and trebled under the legal authorities stated in Paragraph 21.

35. Counterdefendant's unlawful recording of his confidential conversation was a substantial factor in causing the harm suffered by Counterclaimant Christopher Chen, M.D.

36. Counterclaimant Christopher Chen, M.D. is entitled to an award of statutory damages as a result of Counterdefendant's unlawful recording of his confidential conversation.

37. Counterclaimant Christopher Chen, M.D. is entitled to an injunction to prohibit Counterdefendant's further use or dissemination of the information obtained from her unlawful recording of confidential conversation.

**FOURTH CAUSE OF ACTION BY COUNTERCLAIMANT CHRISTOPHER CHEN, M.D.:**

**Damages and Injunction**

38. Counterclaimant Christopher Chen, M.D. restates and incorporate by reference the allegations in Paragraphs 1 through 21.

39. At all relevant times, Counterclaimant Christopher Chen, M.D. had a reasonable expectation of privacy that his confidential conversations were not being recorded.

40. In July 2009, Counterdefendant intentionally recorded a second confidential conversation she had with Counterclaimant Christopher Chen, M.D. in his home by using an electronic device without the consent of all parties to the conversation.

41. Counterclaimant Christopher Chen, M.D. has suffered and continues to suffer damages from Counterdefendant's unlawful recording of his confidential conversation, the amount of such damages to be proven at trial, and trebled under the legal authorities stated in Paragraph 21.

42. Counterdefendant's unlawful recording of his confidential conversation was a substantial factor in causing the harm suffered by Counterclaimant Christopher Chen, M.D.

43. Counterclaimant Christopher Chen, M.D. is entitled to an award of statutory

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
50 W. San Fernando, 15th Floor
San Jose, CA 95113.2303
408.998.4150

CASE NO. C09-05546 MMC 7. FIRST AMENDED COUNTERCLAIM OF DEFTS CHRISTOPHER CHEN, M.D., INC. AND CHRISTOPHER CHEN, M.D.

damages as a result of Counterdefendant's unlawful recording of his confidential conversation.

44. Counterclaimant Christopher Chen, M.D. is entitled to an injunction to prohibit Counterdefendant's further use or dissemination of the information obtained from her unlawful recording of confidential conversation.

## PRAYER FOR RELIEF

WHEREFORE, Counterclaimants seek the following relief:

1. That Counterdefendant immediately surrender the Protected Information identified in Exhibit A and any other documents as identified in the amendments to Exhibit A. No adequate remedy exists at law for the injuries suffered by Counterclaimants. Further harm will result to Counterclaimants from Counterdefendant's wrongful act of conversion and continued possession, and her counsel's continued possession, of the protected documents and various other continuing violations absent injunctive relief. If this court does not grant injunctive relief of the type and for the purpose specified herein, Counterclaimants will suffer irreparable injury. Therefore, Counterclaimants request the following injunctive relief: an order enjoining Counterdefendant from using said documents, itemized as Exhibit A to this Counterclaim, for any purpose and surrender or confirm that the original and all copies or duplicates of the itemized documents maintained in any media format have been completely destroyed without further delay.

2. That Counterdefendant indemnify Counterclaimants for any and all damages, expenses, fees and costs that Counterclaimants may incur resulting from Counterdefendant's violation of HIPAA; CMIA, and any other claims resulting from the wrongful removal of the Protected Information.

3. For damages for time and money properly expended in seeking to recover the Protected Information in a sum according to proof.

4. An order finding that Counterdefendant's conduct in removing, taking and distributing Counterclaimants' Protected Information was unlawful.

5. An order declaring that Counterdefendant's disclosure and/or dissemination of Counterclaimants' Protected Information was unlawful.

CASE NO. C09-05546 MMC  8.  FIRST AMENDED COUNTERCLAIM OF DEFTS CHRISTOPHER CHEN, M.D., INC. AND CHRISTOPHER CHEN, M.D.

6. For three times the amount of actual damages sustained by Counterclaimant Christopher Chen, M.D. as a result of each of Counterdefendant's unlawful recordings of his confidential conversations in violation of California Penal Code sections 632 and 637.2, and the United States and California Constitutions' right to privacy, among other Federal and California statutes and common law.

7. An award of statutory damages for each of Counterdefendant's unlawful recordings of Counterclaimant Christopher Chen, M.D.'s confidential conversations in violation of California Penal Code sections 632 and 637.2, and the United States and California Constitutions' right to privacy, among other Federal and California statutes and common law.

8. An injunction to prohibit Counterdefendant's further use or dissemination of the information obtained from her unlawful recording of Counterclaimant Christopher Chen, M.D.'s confidential conversations in violation of California Penal Code sections 632 and 637.2, and the United States and California Constitutions' right to privacy, among other Federal and California statutes and common law.

9. An order finding that each of Counterdefendant's recordings of Counterclaimant Christopher Chen, M.D.'s confidential conversations was unlawful.

10. For costs of suit incurred.

11. For any and all attorney's fees as permitted by law.

12. For an award of exemplary or punitive damages.

13. For such other and further relief as the court may deem proper.

Dated: May ___, 2010

_____
CHRISTOPHER E. COBEY
MICHAEL HARVEY
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendants
CHRISTOPHER CHEN, M.D., INC. AND
CHRISTOPHER CHEN, M.D.

LITTLER MENDELSON
A Professional Corporation
50 W. San Fernando, 15th Floor
San Jose, CA 95113.2303
408.998.4150

CASE NO. C09-05546 MMC     9.     FIRST AMENDED COUNTERCLAIM OF DEFTS CHRISTOPHER CHEN, M.D., INC. AND CHRISTOPHER CHEN, M.D.