1   CHRISTOPHER E. COBEY, SBN 060821
    MICHAEL HARVEY, SBN 267684
2   LITTLER MENDELSON
    A Professional Corporation
3   50 W. San Fernando, 15th Floor
    San Jose, CA 95113.2303
4   Telephone:   408.795.3425
    Facsimile:    408.790.0564
5   ccobey@littler.com
    mharvey@littler.com
6

7   Attorneys for Defendants and Counterclaimants
    CHRISTOPHER CHEN, M.D., INC. AND
8   CHRISTOPHER CHEN, M.D.

9               UNITED STATES DISTRICT COURT

10            NORTHERN DISTRICT OF CALIFORNIA

11

12   KRISTI SHEHAN,                 Case No. C09-05546 MMC ADR

13           Plaintiff,         **STIPULATION AND [PROPOSED]**
                         **ORDER PERMITTING FILING OF**
14       v.                       **SECOND AMENDED COUNTERCLAIM**
                         **OF DEFENDANTS CHRISTOPHER**
15   CHRISTOPHER CHEN, M.D., INC., a     **CHEN, M.D., INC. AND CHRISTOPHER**
    California Corporation; CHRISTOPHER    **CHEN, M.D.**
16   CHEN, M.D., an individual; CACIE
    MULARCHUK, an individual, and DOES
17   1-25,

18           Defendants.

19   _____

20   CHRISTOPHER CHEN, M.D, INC., a
    California Corporation; CHRISTOPHER
21   CHEN, M.D., an individual,

22           Counterclaimants,

23       v.

24   KRISTI SHEHAN,

25           Counterdefendant.

26

27         It is hereby stipulated by and between the parties hereto, through their respective

28   attorneys of record that Defendants and Counterclaimants Christopher Chen, M.D., Inc. and

LITTLER MENDELSON
A Professional Corporation
50 W. San Fernando, 15th Floor
San Jose, CA 95113.2303
408.998.4150

CASE NO. C09-05546 MMC                 STIPULATION AND [PROPOSED] ORDER PERMITTING
                                     FILING OF SECOND AMENDED COUNTERCLAIM OF
                                     DEFENDANTS

1    Christopher Chen, M.D., may file a second amended counterclaim, a copy of which is attached

2    hereto as **Exhibit A**.  It is further stipulated that the Plaintiff and Counterdefendants waive notice

3    and service of the second amended counterclaim, and shall not be required to answer the second

4    amended counterclaim, and that all denials, responses and affirmative defenses contained in the

5    answer filed by the Plaintiff and Counterdefendants to the original counterclaim shall be responses to

6    the second amended counterclaim.

7                    IT IS SO STIPULATED:

8    Dated: June 28, 2010

9

10

11   CHRISTOPHER E. COBEY
     MICHAEL HARVEY
12   LITTLER MENDELSON
     A Professional Corporation
13   Attorneys for Defendants and
     Counterclaimants,
14   CHRISTOPHER CHEN, M.D., INC. AND
     CHRISTOPHER CHEN, M.D.
15   Dated: June ___, 2010   July 6-2010

16

17

18   DENISE E. CHAMBLISS
     GARCIA & GURNEY
19   Attorneys for Plaintiff and Counterdefendant
     KRISTI SHEHAN

20

21

22

23

24

25

26

27

28

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
50 W. San Fernando, 15th Floor
San Jose, CA 95113 2303
408.998.4150

CASE NO.  C09-05546 MMC          2.          STIPULATION AND [PROPOSED] ORDER PERMITTING
                                             FILING OF SECOND AMENDED COUNTERCLAIM OF
                                             DEFENDANTS

1

## **<u>ORDER</u>**

2        Based on the foregoing Stipulation, IT IS ORDERED that the second amended

3   counterclaim of Defendants and Counterclaimants may be filed and served pursuant to the

4   stipulation.

5        IT IS FURTHER ORDERED that the second amended counterclaim shall be filed no
    later than July 19, 2010.

6   DATED:  _ July 12, 2010 ____

7                                              /s/ Vaughn R Walker for
                                          _____

8                                          THE HONORABLE MAXINE M. CHESNEY
                                          United States District Court

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CASE NO.  C09-05546 MMC

STIPULATION AND [PROPOSED] ORDER PERMITTING
FILING OF SECOND AMENDED COUNTERCLAIM OF
DEFENDANTS