| | |
|---|---|
| 1 | Tod C. Gurney, SBC No. 199813 |
|   | Denise E. Chambliss, SBC No. 188390 |
| 2 | GARCIA & GURNEY, ALC |
|   | 6160 Stoneridge Mall Road, Suite 210 |
| 3 | Pleasanton, CA  94588 |
|   | Telephone: 925.468.0400 |
| 4 | Facsimile:  925.468.0276 |
|   | tgurney@garciagurney.com |
| 5 | Attorneys for Plaintiff and Counterdefendant KRISTI SHEHAN |
| 6 | Christopher E. Cobey, SBC No. 060821 |
|   | Michael Harvey, SBC No. 267684 |
| 7 | LITTLER MENDELSON |
|   | A Professional Corporation |
| 8 | 50 W. San Fernando, 15th Floor |
|   | San Jose, CA  95113.2303 |
| 9 | Telephone:     408.795.3425 |
|   | Facsimile:      408.790.0564 |
| 10 | ccobey@littler.com |
|    | Attorneys for Defendants and Counterclaimants |
| 11 | CHRISTOPHER CHEN, M.D., INC., AND |
|    | CHRISTOPHER CHEN, M.D. |
| 13 | William D. McHugh, SBC No. 62085 |
|    | Cammie W. Chen, SBC No. 127376 |
| 14 | LAW OFFICES OF McHUGH & CHEN |
|    | 75 E. Santa Clara Street, Suite 1400 |
| 15 | San Jose, CA 95113 |
|    | Telephone: 408.286.2700 |
| 16 | Facsimile:  408.282.7088Attorneys for Defendant |
|    | CACIE MULARCHUK |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 20 | KRISTI SHEHAN, | Case No.  C09-05546 MMC ADR |
| 21 | Plaintiff, | **[PROPOSED]** **ORDER GRANTING JOINT MOTION FOR COURT APPROVAL OF SETTLEMENT AND DISMISSAL OF ACTION WITH PREJUDICE** |
| 22 | v. | |
| 23 | CHRISTOPHER CHEN, M.D., INC., a California Corporation; CHRISTOPHER CHEN, M.D., an individual; CACIE MULARCHUK, an individual, and DOES 1-25, | |
| 24 | | Date: November 19, 2010 |
|    | | Time: 9:00 a.m. |
| 25 | Defendants. | Courtroom 7 |
|    | | Judge:  Hon. Maxine M. Chesney |
| 26 | | |
|    | | Complaint filed:  November 23, 2009 |
| 27 | | Trial date: April 11, 2011 |
| 28 | AND RELATED COUNTERCLAIMS | |

[PROPOSED] ORDER GRANTING
JOINT MOTION FOR COURT
APPROVAL OF SETTLEMENT AND

1  The Court has reviewed the pleadings in this case, considered the applicable case law, and read the parties' Confidential Settlement and Mutual Release of All Claims (hereinafter referred to as the "Settlement Agreement").  It is ORDERED:

1. This case involves a dispute between Plaintiff and Counterdefendant Kristi Shehan ("Shehan") and Defendants and Counterclaimants Cacie Mularchuk, dba "Cacie@Management" ("Mularchuk"); Christopher Chen, M.D. ("Chen"); and Christopher Chen, M.D., Inc. ("Employer") (collectively, "Defendants"), concerning Shehan's employment with Defendants, the termination of her employment, and certain events allegedly occurring during and after Shehan's employment. Accordingly, Shehan asserts a cause of action under the Fair Labor Relations Act of 1938 (FLSA), 29 U.S.C. § 201 *et seq*, seeking recovery for unpaid overtime.  Defendants have filed a counter-claim concerning the same matters.  All parties dispute the claims made against them.

2. The parties wish to amicably settle their differences.  Therefore, Shehan and the Defendants have approved and executed the Settlement Agreement.  The parties have filed the Settlement Agreement concurrently with the Joint Motion for Court Approval of Settlement and Dismissal of All Claims with Prejudice, and it is attached ~~hereto~~ to the Joint Motion as Exhibit 1.

3. The Court has read the Settlement Agreement in its entirety, and finds that the Settlement Agreement is fair and reasonable.  The Court recognizes that the Settlement Agreement represents the culmination approximately one year of litigation in which the parties had bona fide disagreements over the merits of Shehan's claims and the Defendants' counter-claims.  Although the parties continue to disagree on the merits of these claims and counter-claims, the Court is satisfied that the Settlement Agreement demonstrates an intention by the parties that Shehan's claims and Defendants' counter-claims for liability and damages be fully and finally resolved, and not re-litigated in whole or in part at any point in the future.

4. The content of the Settlement Agreement is expressly adopted and incorporated by reference in this [Proposed] Order Granting Joint Motion for Court Approval of Settlement and Dismissal of Action with Prejudice.

///

///

5.     IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE as to all claims, counterclaims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs. As a condition of dismissal, and as provided by Section 664.6 of the California Code of Civil Procedure and other applicable state and federal law, the Court shall retain jurisdiction to supervise and enforce the terms of the settlement.

Dated: October 18, 2010

_____
THE HONORABLE MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE